UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
RAFAEL ALBERTO MARTINEZ, individually and on
behalf of all others similarly situated,

                                                2:24 Civ. 01792 (GRB) (JMW)

                   Plaintiff,

                                                **NOTICE OF MOTION**

          -against-

GUL K. IQBAL and RAJA IQBAL d/b/a ROLLIE'S
SMOKE SHOP, ROLLIES CONVENIENCE & SMOKE
SHOP III INC., ROLLIES CONVENIENCE & SMOKE
SHOP IV INC., ROLLIES CONVENIENCE & SMOKE
SHOP V INC., ROLLIES CONVENIENCE & SMOKE
SHOP VI INC., ROLLIES CONVENIENCE & SMOKE
SHOP VII INC., and R & S WHOLESALERS INC.,

                              Defendants.
--------------------------------------------------------------------------X

      PLEASE TAKE NOTICE that, upon the Declaration Plaintiff Rafael Alberto Martinez, the exhibits annexed thereto, the Declaration of John J.P. Howley, the exhibit annexed thereto, the accompanying memorandum of law, and all pleadings and proceedings had herein, Plaintiff will move this Court before The Honorable Gary R. Brown, on a date and at a time to be set by the Court, at the federal courthouse located at 100 Federal Plaza, Central Islip, New York, or via electronic/virtual means, for a Default Judgment, pursuant to Federal Rule of Civil Procedure 55(b)(2), against Defendants Rollies Convenience & Smoke Shop III Inc., Rollies Convenience & Smoke Shop IV Inc., Rollies Convenience & Smoke Shop V Inc., Rollies Convenience & Smoke Shop VI Inc., Rollies Convenience & Smoke Shop VI Inc., and R & S Wholesalers Inc. (collectively, the "Corporate Defendants"), jointly and severally, awarding Plaintiff:  (a) actual damages of $13,128.63 for unpaid overtime wages; (b) liquidated damages of $13,128.63 for unpaid overtime wages as authorized by 29 U.S.C. § 216(b) and New York Labor Law § 198; (c)

statutory damages of $10,000.00 for failure to provide wage notices and statements required by New York Labor Law § 195; (d) reasonable attorneys' fees and the costs of this action in the amount of $12,480.35 as authorized by 29 U.S.C. § 216(b) and New York Labor Law § 198; (e) post-judgment interest pursuant to 28 U.S.C. § 1961 and CPLR 5004; and (f) such other and further relief as this Court deems just and proper.

Dated: February 7, 2025                             THE HOWLEY LAW FIRM P.C.

*/s John J.P. Howley*
By:_____
John J.P. Howley
1345 Avenue of the Americas, 2nd Floor
New York, New York 10105
(212) 601-2728
*Attorneys for Plaintiff*